# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. BRYANT,<br><br>                Plaintiff,<br><br>    vs.<br><br>APOTEX INC., et al.,<br><br>                Defendants.<br>_____/ | Case No. **1:12-cv-01377 LJO JLT**<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PERMIT PLAINTIFF TO APPEAR VIA TELEPHONE**<br><br>DATE: November 29, 2012<br>TIME: 9:30 a.m., United States Courthouse, Bakersfield, CA |

Kevin D. Bryant, inmate, CDC# AG0802, a necessary and material witness in proceedings in this case, is confined at Tallahatchie County Correctional Facility, 415 U.S. Hwy 49 North, Tutwiler, MS 38963. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate <u>for a telephonic appearance</u> before the Court at the United States Courthouse Court, located at 510 19th Street, Bakersfield, CA, on **November 29, 2012 at 9:30 a.m.**

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to appear **via telephone** in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Secretary Matthew Cate and Warden Fred Figueroa,** Tallahatchie County Correctional Facility, 415 U.S. Hwy 49 North, Tutwiler, MS 38963**:**

    **WE COMMAND** you to produce the inmate named above to appear **via telephone** before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **November 19, 2012**            **/s/ Jennifer L. Thurston**
                                                                         UNITED STATES MAGISTRATE JUDGE