# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. BRYANT,<br><br>    Plaintiff,<br><br>vs.<br><br>APOTEX INC., et al.,<br><br>    Defendants.<br>_____/ | Case No. **1:12-cv-01377 LJO JLT**<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PERMIT PLAINTIFF, KEVIN DARNELL BRYANT, TO APPEAR VIA TELEPHONE**<br><br>DATE:  November 29, 2012<br>TIME:  9:30 a.m., United States Courthouse, Bakersfield, CA |

**Kevin Darnell Bryant, inmate, CDC# D56620**, a necessary and material witness in proceedings in this case, is confined at Kern Valley State Prison, 3000 West Cecil Avenue, Delano, CA 93216-6000. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate <u>for a telephonic appearance</u> before the Court at the United States Courthouse Court, located at 510 19th Street, Bakersfield, CA, on **November 29, 2012 at 9:30 a.m.**

  **ACCORDINGLY, IT IS ORDERED that:**

  1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to appear **via telephone** in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

  2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden Martin Biter, Kern Valley State Prison, 3000 West Cecil Avenue, Delano, CA 93216-6000:**

  **WE COMMAND** you to produce the inmate named above to appear **via telephone** before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

  **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **November 20, 2012**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE