1

2

3

4          IN THE UNITED STATES DISTRICT COURT

5          FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7   KEVIN D. BRYANT,                        Case No. 1:12-cv-01377 LJO JLT

8             Plaintiff,                     ORDER TO SHOW CAUSE

9        vs.

10  APOTEX, INC., et al.,

11            Defendants.

12  _____/

13         On November 28, 2012, Defendants Apotex, Inc., AmeriSource Health Services Corporation,

14  The Harvard Drug Group LLC d/b/a Major Pharmaceuticals, Teva Pharmaceuticals USA, Inc., Mylan

15  Pharmaceuticals Inc., and Mylan Institutional Inc. ("Defendants") filed a motion for judgment on the

16  pleadings pursuant to Federal Rule of Civil Procedure 12(c).  In response, the Court vacated the hearing

17  set for the matter and instead issued a briefing schedule.  Under the Court's briefing schedule, Plaintiff

18  Kevin D. Byrant ("Plaintiff"), who is a prisoner proceeding pro se in this action, was ordered to file and

19  serve an opposition to the motion by no later than December 22, 2012.  However, as of the date of this

20  order, Plaintiff has failed to file an opposition or otherwise respond to the Court's order.

21         Accordingly, by no later than January 15, 2012, Plaintiff shall (1) file and serve an opposition

22  or statement of non-opposition to Defendants' motion;[1] and (2) file and serve a written statement with

23  the Court showing cause why sanctions should not be imposed on him for failing to timely file an

24  opposition as ordered by the Court.  Plaintiff is forewarned that the imposition of sanctions may include

25  the dismissal of this action.  See Local Rule 230(l); Local Rule 110.

26         IT IS SO ORDERED.

27  Dated:   **January 2, 2013**          **/s/  Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE

28

_____

[1] If Defendants elect to file a reply, they shall do so within seven days of being served with Plaintiff's opposition
or statement of non-opposition.