IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. BRYANT,<br><br>    Plaintiff,<br><br>    vs.<br><br>APOTEX, INC., et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:12-cv-01377 LJO JLT<br><br>ORDER RE: DEFENDANTS' *EX PARTE* APPLICATION TO MODIFY BRIEFING SCHEDULE<br><br>(Doc. 46) |

On January 17, 2013, Defendants filed an *ex parte* application to modify the briefing schedule regarding their motion for judgment on the pleadings. The Court has considered the application and finds good cause to modify the briefing schedule. Accordingly, Defendants shall file their joint reply brief by no later than **January 25, 2013**. Further, in the interest of justice and judicial economy, the Court will instruct the Clerk of Court to file and docket Plaintiff's opposition papers.[1]

IT IS SO ORDERED.

Dated:   **January 18, 2013**          /s/  Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff served Defendants with his opposition but failed to file the document with the Court. Defendants have, however, attached a true copy of Plaintiff's opposition papers to their *ex parte* application. (Doc. 46-2, Exs. B & C.)