# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. BRYANT,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>APOTEX, INC., et al.,<br><br>　　　　　　Defendants.<br>_____/ | Case No. **1:12-cv-01377 LJO JLT**<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR TELEPHONIC COURT APPERANCE FOR PLAINTIFF, KEVIN D. BRYANT CDCR # D-56620**<br><br>DATE:　April 30, 2013<br>TIME:　9:30 a.m. (PST) |

**Kevin D. Bryant, CDCR # D-56620**, is a necessary and material witness in a hearing in this action and is confined at the California Medical Facility, 1600 California Drive, Vacaville, CA in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Jennifer L. Thurston for a **telephonic conference** to be held at the United States Courthouse, 510 19th Street, Bakersfield, California on **April 30, 2013, at 9:30 a.m.**

### ACCORDINGLY, IT IS ORDERED that:

　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day-to-day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:　Warden, Brian Duffy, California Medical Facility, P.O. Box 2000, Vacaville, CA 95696

　　**WE COMMAND** you to produce the inmate named above to appear to testify before the United States District Court at the time and place above, and from day-to-day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

　Dated:　**April 23, 2013**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE